## Claude O. GOODIN, Movant v. COMMON-WEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.
June 19, 1953.

Lewis & Weaver, London, for appellant.
J. D. Buckman, Jr., Atty. Gen., and Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Laurel Circuit Court by Claude O. Goodin from a judgment convicting him of selling liquor in local option territory and fixing his punishment at a fine of $100 and confinement in the county jail for sixty days.

We have carefully considered the facts shown in the record and the law applicable thereto. We find no error and the judgment is affirmed.